UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **SA CV 16-01328 AFM**                                Date:  May 22, 2017

Title  **Rebecca L. Singleton v. Nancy A. Berryhill**

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

Pursuant to the Stipulation and Order extending the briefing schedule, Plaintiff's Memorandum in Support of Complaint was due on May 3, 2017.  (Order, ECF No. 26.)  The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Complaint.  Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.  The filing of Plaintiff's Memorandum in Support of Complaint within 20 days shall discharge the order to show cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |